BENJAMIN NACHIMSON (State Bar No. 166690)
LAW OFFICES OF BENJAMIN NACHIMSON
11755 Wilshire Boulevard, Fifteenth Floor
Los Angeles, California 90025
Telephone: (310) 473-5550
Facsimile: (310) 919-3779
e-mail: bsn@nachimsonlaw.com

Attorneys for Creditor
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bankruptcy Case 2:10-bk-49033-VK |
| Juan Jose Posada and Dominga Ines Rivas De Posada | Chapter 13 |
| Debtor, | **BANK OF AMERICA'S OPPOSITION TO MOTION TO EXTINGUISH SECOND DEED OF TRUST (LIEN) OF BANK OF AMERICA, NA**; |
| Juan Jose Posada and Dominga Ines Rivas De Posada | DATE: December 1, 2010<br>TIME: 2:30 PM<br>CTRM:1675 |
| vs. | |
| Bank of America | |

    Secured Creditor, Bank of America, N.A., ("BOA"), opposes the Motion for Avoidance of Lien filed by debtor(s) Juan Jose Posada and Dominga Ines Rivas De Posada ("Debtors") on the following grounds:

    1.    According to the Motion, Bank of America possesses a senior lien in the amount of $159,800.00. The Debtors state that the value of the subject property is approximately $130,000.00. However, BOA has conducted an initial comparable sales analysis and believe that the value of the property is approximately $187,580. If this analysis is correct, then there is equity in the subject property after the senior lien and

-1-

1  the Motion would be denied.

2      2.    BOA would request a thirty day continuance to allow it an opportunity to
3  conduct a more through appraisal of the property.  At that time, BOA would either file a
4  more comprehensive opposition or withdraw its Motion based upon the finding of that
5  appraisal.

6  Dated: 10/27/2010        LAW OFFICES OF BENJAMIN NACHIMSON

8                          By: __/s/ Benjamin Nachimson_____
                                Benjamin Nachimson
9                              Attorneys for Bank of America

F:\Documents\Corel User Files\Bank of America Plan Objections\Juan Posada\Opposition.wpd

# EXHIBIT A

**cyberhomes** — Find the right neighborhood. Find the right home.

**Home**

# 11615 Pope Ave, Lynwood, CA 90262



**Estimated Home Value**

Estimate:
## $187,580
Change over last month:
**–$4,249**

Estimate range: **$168,822 - $215,717**
Last Updated: **10/9/2010**

| Home facts | |
|---|---|
| Bedrooms: | **2** |
| Bathrooms: | **2** |
| LivingArea: | **849 Sq ft** |
| Lot Size: | **5,249 Sq ft** |
| Type: | **Single Family** |
| Parcel Number: | **6189-027-017** |
| County: | **Los Angeles** |
| Year Built: | **1929** |
| Total Rooms: | — |
| Heating: | **Floor/Wall** |
| Cooling: | — |
| Number of Stories: | — |
| Legal Description: | **TRACT NO 5818 LOT 45** |

**Sales History**

| Sale Date | Sale Amount | Price per Living Area |
|---|---|---|
| 3/4/2003 | $165,000 | $194.35 |
| 3/30/1999 | $151,500 | $178.45 |

**Assessed Values**

| Year | Improvements | Land | Total |
|---|---|---|---|
| 2009 | $74,226 | $111,342 | $185,568 |
| 2007 | $71,345 | $107,019 | $178,364 |
| 2006 | $69,947 | $104,921 | $174,868 |
| 2005 | $69,947 | $104,921 | $174,868 |

**View this property at:** http://www.cyberhomes.com/homes-lynwood-ca-90262/11615popeave/56074004.aspx (Report created on: 10/27/2010)

Copyright © 2010 LPS Real Estate Group.
Cyberhomes and Cyberhomes.com are trademarks of FNRES Holdings, Inc. All Rights Reserved.

None of the Cyberhomes™ valuations provided via this site are an appraisal report of the market value of the subject property prepared by a licensed professional appraiser. The valuation has been generated by use of proprietary computer software which assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of home valuation.
The Cyberhomes valuations have not been prepared, evaluated or reviewed by a licensed professional appraiser.

**PROOF OF SERVICE**
**(MAIL/OVERNIGHT EXPRESS DELIVERY/FACSIMILE)**

STATE OF CALIFORNIA          )
                             ) s.s.
COUNTY OF LOS ANGELES        )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11755 Wilshire Boulevard, Los Angeles, California 90025

    On October 27, 2010 , I served the foregoing documents described as: **BANK OF AMERICA'S OPPOSTION TO MOTION TO EXTINGUISH SECOND DEED OF TRUST (LIEN) OF BANK OF AMERICA, NA**; on the interested parties in this action as follows:

[X] **SERVED BY U.S. MAIL**: On bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Debtors** | **Judge's Copy** |
|---|---|
| Juan Jose Posada | The Honorable Victoria S. Kaufman |
| Dominga Ines Rivas De Posada | United States Bankruptcy Court - Central District of California |
| 11615 Pope Ave | |
| Lynwood, CA 90262 | Edward R. Roybal Federal Building and Courthouse |
| | 255 E. Temple Street, Suite1682 |
| | Los Angeles, CA 90012 |

[X]    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. October 27, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Thomas B Ure (Debtors' Attorney):tbuesq@aol.com
Kathy A Dockery (TR) (Chapter 13 Trustee): efiling@CH13LA.com
United States Trustee: ustpregion16.la.ecf@usdoj.gov

Executed on October 27, 2010, at Los Angeles, California.

[X]    **(State)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]    **(Federal)**    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  BENJAMIN NACHIMSON                                                     /s/ Benjamin Nachimson
     Print Name                                                             Signature